OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596

$ 00.26⁵

NOV 25 2014

MAILED FROM ZIPCODE 78701

**11/21/2014**
**LOPEZ, DAVID REY**          Tr. Ct. No. 1187087-A          WR-71,831-03

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk



LOPEZ

RETURN TO

UNCLAIMED

EBN3B 77002